UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Graphine,

                              Plaintiff(s),                          **O R D E R**

          -against –
                                                            7:25-CV-03616 (CS)

Armonk Senior Case LLC,

                              Defendant(s).
------------------------------------------------------------X

Seibel, J.

      It having been reported to this Court that the claims in this case have been settled, IT IS
HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided,
however, that if settlement is not consummated within thirty days of the date of this order,
Plaintiff may apply by letter within the thirty-day period for restoration of the action to the
Calendar of the undersigned, in which event the action will be restored.


      **SO ORDERED**.

Dated: August 29, 2025
      White Plains, New York



_____
CATHY SEIBEL, U.S.D.J.